# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | BenQ Board RP04 Pro Series RP8604 ("Accused Product") |
|---|---|
| 1.    A    Radio Frequency    (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product). As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br>https://www.benq.com/en-us/education/benq-board-interactive-displays.html |



https://www.benq.com/en-us/education/benq-board-interactive-displays/rp04-pro-series-board.html



| Model | RP6504 | RP7504 | RP8604 |
|---|---|---|---|
| **Connectivity** | | | |
| USB-C | 1 × 3.0 (PD 100 W), 2 × 3.0, 1 × 2.0 (PD 65 W) | 1 × 3.0 (PD 100 W), 2 × 3.0, 1 × 2.0 (PD 65 W) | 1 × 3.0 (PD 100 W), 2 × 3.0, 1 × 2.0 (PD 65 W) |
| USB Type-B (for touch) | 3 × 3.0 | 3 × 3.0 | 3 × 3.0 |
| USB Type-A | 7 × 3.0, 1 × 2.0 | 7 × 3.0, 1 × 2.0 | 7 × 3.0, 1 × 2.0 |
| HDMI (in \| out) | 4 × HDMI 2.0 \| 1 × HDMI 2.0 | 4 × HDMI 2.0 \| 1 × HDMI 2.0 | 4 × HDMI 2.0 \| 1 × HDMI 2.0 |
| DisplayPort in | 1 × 1.2a | 1 × 1.2a | 1 × 1.2a |
| VGA in | 1 | 1 | 1 |
| Audio in | 1 × 3.5 mm microphone jack<br>1 × 3.5 mm audio jack (VGA) | 1 × 3.5 mm microphone jack<br>1 × 3.5 mm audio jack (VGA) | 1 × 3.5 mm microphone jack<br>1 × 3.5 mm audio jack (VGA) |
| Audio out | 1 × 3.5 mm earphone jack | 1 × 3.5 mm earphone jack | 1 × 3.5 mm earphone jack |
| S/PDIF out | 1 (optical) | 1 (optical) | 1 (optical) |
| RS-232 | 1 | 1 | 1 |
| OPS slot (for slot-in PC) | 1 | 1 | 1 |
| Ethernet | Gigabit | Gigabit | Gigabit |
| Wi-Fi | Wi-Fi 6 | Wi-Fi 6 | Wi-Fi 6 | RF |
| Bluetooth® | Bluetooth 5.2 | Bluetooth 5.2 | Bluetooth 5.2 |
| **Built-in peripherals** | | | |

https://www.benq.com/content/dam/edu/product/interactive-displays/rp04/rp04-series-ebrochure-1.pdf

Wi-Fi

1. Ensure that a Wi-Fi adapter is connected to the display.
   For details, see **Adapters**.
2. Open the **Settings** menu.
3. Tap **Advanced → Network & internet**.
   The Network & Internet menu appears.
4. Tap **Internet**.
5. Enable **Wi-Fi**.
   The list of available networks appears on screen.
6. Select a network.
7. Enter the Wi-Fi password.

https://www.benq.com/en-us/education/user-manual/benq-board-interactive-displays/rp04-pro-series-board/settings.html

| | |
|---|---|
| | **Adapters**<br><br>The RP04 has USB 3.0 Type-A ports that are dedicated for the Bluetooth Wi-Fi adapter and the remote control receiver. These ports come with a security cover designed to prevent misuse and theft.<br><br>Depending on your region, a Wi-Fi adapter may already be pre-installed on the display.<br><br>https://www.benq.com/en-us/education/user-manual/benq-board-interactive-displays/rp04-pro-series-board/installation-and-configuration.html#adapters |
| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.).<br><br>As per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth compatible devices use Bluetooth antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range. |



https://www.benq.com/en-us/education/benq-board-interactive-displays/rp04-pro-series-board.html



| Model | RP6504 | RP7504 | RP8604 |
|---|---|---|---|
| **Connectivity** | | | |
| USB-C | 1 × 3.0 (PD 100 W), 2 × 3.0, 1 × 2.0 (PD 65 W) | 1 × 3.0 (PD 100 W), 2 × 3.0, 1 × 2.0 (PD 65 W) | 1 × 3.0 (PD 100 W), 2 × 3.0, 1 × 2.0 (PD 65 W) |
| USB Type-B (for touch) | 3 × 3.0 | 3 × 3.0 | 3 × 3.0 |
| USB Type-A | 7 × 3.0, 1 × 2.0 | 7 × 3.0, 1 × 2.0 | 7 × 3.0, 1 × 2.0 |
| HDMI (in | out) | 4 × HDMI 2.0 | 1 × HDMI 2.0 | 4 × HDMI 2.0 | 1 × HDMI 2.0 | 4 × HDMI 2.0 | 1 × HDMI 2.0 |
| DisplayPort in | 1 × 1.2a | 1 × 1.2a | 1 × 1.2a |
| VGA in | 1 | 1 | 1 |
| Audio in | 1 × 3.5 mm microphone jack 1 × 3.5 mm audio jack (VGA) | 1 × 3.5 mm microphone jack 1 × 3.5 mm audio jack (VGA) | 1 × 3.5 mm microphone jack 1 × 3.5 mm audio jack (VGA) |
| Audio out | 1 × 3.5 mm earphone jack | 1 × 3.5 mm earphone jack | 1 × 3.5 mm earphone jack |
| S/PDIF out | 1 (optical) | 1 (optical) | 1 (optical) |
| RS-232 | 1 | 1 | 1 |
| OPS slot (for slot-in PC) | 1 | 1 | 1 |
| Ethernet | Gigabit | Gigabit | Gigabit |
| Wi-Fi | Wi-Fi 6 | Wi-Fi 6 | Wi-Fi 6 |
| Bluetooth® | Bluetooth 5.2 | Bluetooth 5.2 | Bluetooth 5.2 |
| **Built-in peripherals** | | | |

RF

https://www.benq.com/content/dam/edu/product/interactive-displays/rp04/rp04-series-ebrochure-1.pdf

| Menu Item | Description |
|---|---|
| Network & internet | Use either Ethernet or Wi-Fi to connect the display to the internet. For details, see the following topics: <br> • **Connecting to the internet** <br> • **Configuring proxy settings** <br> • **Installing a Wi-Fi certificate** |

https://www.benq.com/en-us/education/user-manual/benq-board-interactive-displays/rp04-pro-series-board/settings.html



1. Ensure that a Wi-Fi adapter is connected to the display.
   For details, see **Adapters**.
2. Open the **Settings** menu.
3. Tap **Advanced → Network & internet**.
   The Network & Internet menu appears.
4. Tap **Internet**.
5. Enable **Wi-Fi**.
   The list of available networks appears on screen.
6. Select a network.
7. Enter the Wi-Fi password.

https://www.benq.com/en-us/education/user-manual/benq-board-interactive-displays/rp04-pro-series-board/settings.html

# Adapters

The RP04 has USB 3.0 Type-A ports that are dedicated for the Bluetooth Wi-Fi adapter and the remote control receiver. These ports come with a security cover designed to prevent misuse and theft.

Depending on your region, a Wi-Fi adapter may already be pre-installed on the display.

https://www.benq.com/en-us/education/user-manual/benq-board-interactive-displays/rp04-pro-series-board/installation-and-configuration.html#adapters

## Android Settings

The Android settings menu combines all the miscellaneous device settings incl
factory reset, network and internet, Bluetooth connections, and app permissions

To access these settings from the Home screen, tap ⊞ on the taskbar, and the

Settings ⚙.



https://www.benq.com/en-us/education/user-manual/benq-board-interactive-displays/rp04-pro-series-board/settings.html

### 802.11 TYPES & FREQUENCY BANDS

| IEEE 802.11 VARIANT | FREQUENCY BANDS USED | COMMENTS |
|---|---|---|
| 802.11a | 5GHz | Read more about 802.11a |
| 802.11b | 2.4GHz | Read more about 802.11b |
| 802.11g | 2.4GHz | Read more about 802.11g |
| 802.11n | 2.4 & 5 GHz | Read more about 802.11n |
| 802.11ac | Below 6GHz | Read more about 802.11ac |
| 802.11ad | Up to 60 GHz | Read more about 802.11ad |

https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

| | Bluetooth® Classic | Bluetooth® LE |
|---|---|---|
| Frequency Band | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) |
| Channels | 79 channels with 1 MHz spacing | 40 channels with 2 MHz spacing (3 advertising channels/37 data channels) |

https://www.bluetooth.com/learn-about-bluetooth/tech-overview/

## Wi-Fi and Bluetooth Low Energy

Several IoT devices can use both Bluetooth LE and Wi-Fi connectivity, allowing them to connect to the Internet and exchange data with other devices and cloud-based services. For example, a smartwatch that uses Bluetooth LE to connect to a smartphone might also include Wi-Fi connectivity to connect to the Internet and access additional features and functionality.

| | |
|---|---|
| | https://www.nordicsemi.com/Products/Wireless/WiFi |